```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PATRICK LOPRESTI, *ET AL.*,                :        10 Civ. 4177 (SHS)

                Plaintiffs,                :

    -against-                              :        <u>ORDER</u>

MINUTEMAN PRESS, *ET ANO*,            :

                Defendants.              :

------------------------------------------------------------x

        A pretrial conference having been held today, with counsel for plaintiffs present, and no appearance on behalf of defendants,

        IT IS HEREBY ORDERED that:

        1.     The last day for plaintiff to serve the summons and complaint on defendant Thomas Cronin is August 6, 2010;

        2.     There will be a pretrial conference on September 10, 2010, at 10:00 a.m.; and

        3.     Plaintiff shall send a copy of this Order to defendant Thomas Cronin.

Dated: New York, New York
       July 8, 2010

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.